UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOSUE ROMERO, on behalf of himself            :      20-Cv-8297 (SHS)
and all others similarly situated,
                                              :
                    Plaintiffs,                      ORDER
       -v-                                    :

BARBELL APPAREL L.L.C.,                       :

                    Defendant.                :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Plaintiff having filed a notice of voluntary dismissal [Doc. No. 18], and this case having been closed on April 12, 2021,

      IT IS HEREBY ORDERED that the Clerk of Court is directed to amend the caption as follows:

      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
      -----------------------------------------------------------x

      JOSUE ROMERO,                                      :

            Plaintiff,                           :
        -v-
                                                          :
      BARBELL APPAREL, L.L.C.,
                                                          :
            Defendant.
      -----------------------------------------------------------x

Dated: New York, New York
      April 14, 2021

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.